IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>**KEVIN MOECKLY**<br><br>    Defendant. | CR NO: 2:22-CR-0204 WBS |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  ☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Kevin Moeckly
Detained at Southern Desert Correctional Center

Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
        charging detainee with: **21 U.S.C. § 846, 841 (a)(1)** - Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Heroin, and Fentanyl;
        **18 U.S.C. § 1956(h)** – Conspiracy to Commit Money Laundering; and
        **18 U.S.C. 1956(a) (3 Counts**) - Money Laundering.

  or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
    or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary as soon as practicable in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/Robert C. Abendroth |
| Printed Name & Phone No: | AUSA Robert C. Abendorth/916-554-2766 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, as soon as practicable and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: November 15, 2022

*Carolyn K. Delaney*
Honorable Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| Field | Value | Field | Value |
|---|---|---|---|
| AKA(s) (if | | | ☒ Male   ☐ Female |
| Booking or CDC #: | 1247067 | DOB: | 08/08/1964 |
| Facility Address: | 20825 Cold Creek Road, Indian Springs, Nevada 89070 | Race: | |
| Facility Phone: | (725) 216-6500 | FBI#: | 205547TA8 |
| Currently | SOUTHERN DESERT CORRECTIONAL CENTER | | |

## RETURN OF SERVICE

Executed on: _____    _____
                                        (signature)