CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for KEVIN MOECKLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>Kevin Moeckly,<br><br>          Defendant. | Case No.: 2:22-cr-204-03 WBS<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  June 5, 2023<br>TIME:   9:00 a.m.<br>JUDGE: Hon. William B. Shubb |

  IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert Abendroth, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Kevin Moeckly, that the status conference in this matter, currently scheduled for June 5, 2023, at 9:00 a.m., be vacated, and the matter continued to this court's criminal calendar on June 20, 2023, at 9:00 a.m. for change of plea.  The court, on its own motion, vacated the currently scheduled date.  The earliest availability of both parties is June 20, 2023.

  IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, June 2, 2023, through June 20, 2023, and that the ends of justice served in granting the continuance and allowing the defendant further

time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: June 2, 2023 /S/ Robert Abendroth
PHILLIP TALBERT
by ROBERT ABENDROTH
Attorney for Plaintiff

DATED: June 2, 2023 /S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Kevin Moeckly

### ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for June 5, 2023, at 9:00 a.m., be vacated and the matter continued for change of plea on **June 20, 2023, at 9:00 a.m.**  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, June 2, 2023, through June 20, 2023, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: June 5, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

06/05/23